UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT NYGAARD and JANET NYGAARD,

                          Plaintiffs,                    **ORDER**

  -against-

                                                     01-CV-2549 (DRH)(MLO)

NASSAU COUNTY POLICE DEPARTMENT
and KEVIN LOWRY,

                          Defendants.
-----------------------------------------------------------X

**HURLEY, District Judge:**

      By a Memorandum Decision and Order dated April 17, 2003, this Court dismissed Plaintiffs' complaint with leave to file an amended complaint as to their Fourth Amendment claim within thirty days of the date of that order. As of today's date, the docket sheet reflects that no complaint has been filed with the Clerk of Court. Therefore, the Clerk of Court is directed to close this case.

      **SO ORDERED.**

Dated: Central Islip, New York
       June 13, 2003